UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 2 7 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. |
| v. | ) | 4:16CR0030 CEJ/JMB |
| DAVID BOLLINGER, | ) | |
| Defendant. | ) | |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about December 3, 2014, in St. Charles County, within the Eastern District of Missouri, the defendant,

**DAVID BOLLINGER,**

did knowingly and intentionally distribute heroin, a Schedule I controlled substance, in

1

violation of Title 21, United States Code, Section 841(a) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

                                       A TRUE BILL.


                                         _____
                                         FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO   63102
(314) 539-2200